1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2716




FILED

MAR 2 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH OF | No. 2:06-sw-00357 DAD |
| AOL<br>22000 AOL Way<br>Dulles, Virginia | **APPLICATION TO UNSEAL SEARCH WARRANT AND ITS SUPPORTING DOCUMENTS IN REDACTED FORM<br>AND [proposed] ORDER** |

On November 29, 2006, the Honorable Dale A. Drozd issued the above-captioned search warrant and sealed it and its supporting documents until further order of the Court. Recently, a federal grand jury issued two indictments relating to this matter, case numbers 2:08-cr-93 FCD and 2:08-cr-116 LKK. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

However, because the affidavit in support of the search warrant contains sensitive victim information, the United States requests that this Court order the Clerk to file publicly a redacted version of the affidavit, which the United States will provide to the Clerk

///

1

1  forthwith.

2  Dated: March 24, 2008

3                                          Respectfully submitted,

4                                          McGREGOR W. SCOTT
                                           United States Attorney

6                                 By:      /s/ Ellen V. Endrizzi
                                           ELLEN V. ENDRIZZI
7                                          Assistant U.S. Attorney

11                         **O R D E R**

12      Upon application of the United States of America and good cause
13  having been shown,

14      IT IS HEREBY ORDERED that the United States' Motion To Unseal
15  the documents filed in case number 2:06-sw-00357 DAD is GRANTED.

16      IT IS FURTHER ORDERED that, when making these documents
17  available to the public, the Clerk of the Court must substitute the
18  redacted version of the Affidavit in Support of Search Warrant, as
19  provided by the United States, for the original affidavit.

21  DATED: March 24, 2008

22                                          /s/ Edmund F. Brennan
23                                          HONORABLE EDMUND F. BRENNAN
                                            United States Magistrate Judge